IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Action No. 10-cr-00256-WYD

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. DILOROM ASIMOVA,

  Defendant.

---

### ORDER EXONERATING BOND

---

  This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was remanded to the custody of the United States Marshal at sentencing, or has self-surrendered to the designated facility, as confirmed by the United States Bureau of Prisons.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

  **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

  Dated:  March 28, 2012.

            BY THE COURT:


            s/ Wiley Y. Daniel
            WILEY Y. DANIEL,
            CHIEF UNITED STATES DISTRICT JUDGE